■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON VALENTINE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Bianchi, J.), rendered December 14, 1988, convicting him of criminal sale of a controlled substance in the third degree, and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that reversal of his conviction is required because the trial court failed to impose a sanction for the People's violation of the rule announced in *People v Rosario* (9 NY2d 286, *cert denied* 368 US 866) is not preserved for appellate review. The record reveals that at trial, the defense counsel failed to interpose a *Rosario* claim or seek the imposition of any sanctions. Accordingly, the defendant's *Rosario* claim has not been preserved for appellate review and we decline to reach this issue in the exercise of our interest of justice jurisdiction *(see, People v Matthews,* 173 AD2d 565; *People v Hilliard,* 173 AD2d 559; *People v Baez,* 166 AD2d 256). Thompson, J. P., Harwood, Rosenblatt and Miller, JJ., concur.